AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Tyler Miller | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-4849 (GBD) |
| Brightstar Asia, Ltd. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Tyler Miller                                                                 .

Date:   07/23/2020

/s/ Sam Della Fera, Jr.
*Attorney's signature*

Sam Della Fera, Jr. (023701992)
*Printed name and bar number*
McManimon, Scotland & Baumann, LLC
75 Livingston Avenue, Suite 201
Roseland, NJ 07068

*Address*

sdellafera@msbnj.com
*E-mail address*

(973) 622-1800
*Telephone number*

(973) 622-3744
*FAX number*