IN THE UNITES STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TYLER MILLER,

    Plaintiff,

v.

BRIGHTSTAR ASIA, LTD,

    Defendant.

Case No. 20-cv-4849 (GBD)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York, Eugene N. Bulso, Jr. hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Tyler Miller in the above-captioned action.

I am in good standing of the bar of the state of Tennessee (*see* Certificate of Good Standing attached as Exhibit 1), and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I have attached as Exhibit 2 the affidavit required by Local Rule 1.3 and have attached as Exhibit 3 a proposed Order granting this Motion.

WHEREFORE, undersigned counsel respectfully moves this Court to grant his admission to appear in this action Pro Hac Vice as counsel for Tyler Miller.

{00141858.DOCX / ver: }

2

Dated: July 29, 2020                          Respectfully submitted,

                                              s/Eugene N. Bulso, Jr.
                                              Eugene N. Bulso, Jr. (BPR No. 12005)
                                              LEADER & BULSO, PLC
                                              414 Union Street, Suite 1740
                                              Nashville, Tennessee 37219
                                              Tel. (615) 780-4100
                                              Fax. (615) 780-4101
                                              gbulso@leaderbulso.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the defendant at the addressed where service was obtained, this 29th day of July 2020.

                                              s/Eugene N. Bulso, Jr.
                                              Eugene N. Bulso, Jr.