IN THE UNITES STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TYLER MILLER,

    Plaintiff,

v.

BRIGHTSTAR ASIA, LTD,

    Defendant.

Case No. 20-cv-4849 (GBD)

## DECLARATION OF EUGENE N. BULSO, JR.

Eugene N. Bulso, Jr., declares and states as follows from his own personal knowledge:

1. I am in good standing of the bar of the state of Tennessee, and there are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 29, 2020, at Nashville, Tennessee.

                                      s/Eugene N. Bulso, Jr.
                                      Eugene N. Bulso, Jr.