IN THE UNITES STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TYLER MILLER,

    Plaintiff,

v.

BRIGHTSTAR ASIA, LTD,

    Defendant.

Case No. 20-cv-4849 (GBD)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Eugene N. Bulso, Jr. for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the state of Tennessee, and that his/her contact information is:

> Eugene N. Bulso, Jr. (BPR No. 12005)
> LEADER & BULSO, PLC
> 414 Union Street, Suite 1740
> Nashville, Tennessee 37219
> Tel. (615) 780-4100
> Fax. (615) 780-4101
> gbulso@leaderbulso.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Tyler Miller in the above entitled action,

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

{00141860.DOCX / ver: }

2

Dated: _____            _____
                                   United States District/ Magistrate Judge