IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER MILLER, | ) |
|       Plaintiff, | ) Case No.: 1:20-cv-04849 |
| v. | ) |
| | ) **NOTICE OF LIMITED APPEARANCE** |
| BRIGHTSTAR ASIA, LTD, | ) |
|       Defendant. | ) |

PLEASE TAKE NOTICE that Kristina A. Reliford hereby enters a limited appearance as counsel on behalf of Defendant, Brightstar Asia, Ltd. ("Brightstar Asia"), without waiver of any objection, defense, or right of Brightstar Asia; expressly reserving Brightstar Asia's right to file any motion allowed by Fed. R. Civ. P. 12, assert any available defenses, and to demand a jury; and without otherwise consenting to the jurisdiction or venue of this Court.

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

/s/ *Kristina A. Reliford*
Kristina A. Reliford
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Tel:  615.252.3573
Fax:  615.252.6380
kreliford@bradley.com

4847-9546-9254.2

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing is being served via the Court's electronic case filing system on the following on this the 10th day of August, 2020:

Sam Della Fera, Jr.
MCMANIMON, SCOTLAND & BAUMANN, LLC
75 Livingston Ave., Suite 201
Roseland, New Jersey 07068
sdellafera@msbnj.com

Eugene N. Bulso, Jr.
LEADER & BULSO, PLC
414 Union Street, Suite 1749
Nashville, Tennessee 37219
gbulso@leaderbulso.com

                                      /s/ *Kristina A. Reliford*
                                     Kristina A. Reliford

4847-9546-9254.2