# Exhibit A

# Leader, Bulso & Nolan, PLC

*Attorneys at Law*

EUGENE N. BULSO, JR.
Direct Dial: 615-780-4110
Direct Fax:  615-780-4118
gbulso@leaderbulso.com

July 13, 2020

**VIA HAND DELIVERY**
Frankie N. Spero
Bradley Arant Boult Cummings LLP
Roundabout Plaza
1600 Division Street, Suite 700
Nashville, TN 37203

> **Re:   Miller v. Brightstar Asia, Ltd.**

Dear Frankie:

Thank you accepting service of the enclosed summons and Complaint on behalf of Brightstar Asia, Ltd. As agreed, Brightstar Asia, Ltd. has 60 days from service of the enclosed to respond to the Complaint.

Very truly yours,

LEADER, BULSO & NOLAN, PLC

By:

Eugene N. Bulso, Jr.

Enclosure

{00141388.DOCX / ver: }