USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER MILLER, | ) |
|       Plaintiff, | ) |
| v. | ) Case No.: 1:20-cv-04849 |
| BRIGHTSTAR ASIA, LTD., | ) District Judge George B. Daniels |
| | ) Magistrate Judge James L. Cott |
|       Defendant. | ) |

**STIPULATION FOR EXTENSION OF DEFENDANT'S
DEADLINE TO RESPOND TO THE COMPLAINT**

Plaintiff, Tyler Miller ("Plaintiff"), and Defendant, Brightstar Asia, Ltd. ("Brightstar Asia"), by and through their respective counsel and subject to the approval of the Court, hereby stipulate and agree that the time within which Brightstar Asia may respond to the Complaint (Dkt. 1) is extended through and including September 11, 2020.

1. Upon Plaintiff's filing of this action, Brightstar Asia's counsel agreed to accept service of the summons and Complaint on behalf of Brightstar Asia, and, in return, Plaintiff's counsel agreed to give Brightstar Asia 60 days from the date of service to respond to the Complaint.

2. On July 13, 2020, Plaintiff's counsel served Brightstar Asia's counsel with the summons and Complaint, along with a letter memorializing Plaintiff's agreement to give Brightstar Asia 60 days from the date of service to respond to the Complaint. (A copy of Plaintiff's counsel's July 13, 2020 letter is attached hereto as **Exhibit A**.)

3. Thus, the parties have agreed that Brightstar Asia's deadline to respond to the Complaint is extended through and including September 11, 2020 (*i.e.*, 60 days from the date of service (July 13, 2020)).

4. No other extension has been previously requested by or granted to Brightstar Asia.

5. The relief requested herein will not prejudice either party and is made in good faith and not for the purposes of delay or harassment. As this extension is being sought prior to any scheduling conference, this relief does not affect any other scheduled dates or deadlines.

Dated: August 10, 2020

| McManimon, Scotland & Baumann, LLC | Bradley Arant Boult Cummings LLP |
|---|---|
| /s/ *Sam Della Fera, Jr. (w/ perm. by KAR)* <br> Sam Della Fera, Jr. <br> 75 Livingston Ave., Suite 201 <br> Roseland, New Jersey 07068 <br> Tel: (973) 721-5019 <br> Fax: (973) 681-7233 <br> sdellafera@msbnj.com | /s/ *Kristina A. Reliford* <br> Kristina A. Reliford <br> 1600 Division Street, Suite 700 <br> Nashville, Tennessee 37203 <br> Tel: (615) 244-2582 <br> Fax: (615) 252-6380 <br> kreliford@bradley.com |
| Eugene N. Bulso, Jr. (admitted *pro hac vice*) <br> Leader & Bulso, PLC <br> 414 Union Street, Suite 1749 <br> Nashville, Tennessee 37219 <br> Tel: (615) 780-4110 <br> Fax: (615) 780-4118 <br> gbulso@leaderbulso.com | *Attorney for Brightstar Asia, Ltd.* |

*Attorneys for Tyler Miller*

**SO ORDERED**.

Dated: August 11, 2020
        New York, NY

JAMES L. COTT
United States Magistrate Judge