# Exhibit A

# *Supreme Court of Tennessee*

# *Certificate of Good Standing*

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## *Peter C. Sales*

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on May 2, 2006, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 11th day of August, 2020.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: _____
Adam F. Bennett, D.C.

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **PETER CHRISTOPHER SALES** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. SALES** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 12, 2001,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

*Issued August 12, 2020*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER