# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TYLER MILLER, | ) | Case No.: 1:20-cv-04849 |
| Plaintiff, | ) | |
| v. | ) | **DECLARATION IN SUPPORT OF** |
| | ) | **MOTION FOR *PRO HAC VICE*** |
| BRIGHTSTAR ASIA, LTD, | ) | **ADMISSION OF PETER C. SALES** |
| Defendant. | ) | |

Pursuant to Local Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Peter C. Sales, hereby declares and states as follows:

1.    I am a member in good standing of the bars of Tennessee and Virginia.

2.    I have never been convicted of a felony.

3.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4.    There are no disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing statements are true and correct, executed on this the 17th day of August, 2020.


/s/ *Peter C. Sales*
Peter C. Sales