IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TYLER MILLER, | ) | |
| | ) | Case No.:  1:20-cv-04849 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR ADMISSION** |
| BRIGHTSTAR ASIA, LTD, | ) | ***PRO HAC VICE* OF FRANKIE** |
| | ) | **N. SPERO** |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Frankie N. Spero hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant, Brightstar Asia, Ltd., in the above-captioned action and states as follows:

1.      I am in good standing of the bar of the state of Tennessee.  A Certificate of Good Standing from the Tennessee Supreme Court is attached hereto as **Exhibit A**.  There are no disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

2.      Attached hereto as **Exhibit B** is a declaration as required by Local Rule 1.3(c).

3.      Attached hereto as **Exhibit C** is a proposed Order granting this motion.

WHEREFORE, undersigned counsel respectfully moves this Court to grant his admission to appear *pro hac vice* in this action as counsel for Defendant, Brightstar Asia, Ltd.

Dated: August 18, 2020

Respectfully Submitted,

/s/ *Frankie N. Spero*
Frankie N. Spero
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.2334
F: 615.252.6534
fspero@bradley.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served via the Court's electronic case filing system on the following on this the 18th day of August, 2020:

Sam Della Fera, Jr.
MCMANIMON, SCOTLAND & BAUMANN, LLC
75 Livingston Ave., Suite 201
Roseland, New Jersey 07068
sdellafera@msbnj.com

Eugene N. Bulso, Jr.
LEADER, BULSO, & NOLAN, PLC
414 Union Street, Suite 1749
Nashville, Tennessee 37219
gbulso@leaderbulso.com

/s/ *Frankie N. Spero*
Frankie N. Spero

2