# Exhibit A

# Supreme Court of Tennessee

# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Peter C. Sales

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on May 2, 2006, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 11th day of August, 2020.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: _____
Adam F. Bennett, D.C.

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

PETER CHRISTOPHER SALES

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2001.

I further certify that so far as the records of this office are concerned, PETER CHRISTOPHER SALES is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 19th day of August
A.D. 2020

By: _____
Deputy Clerk