# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER MILLER, | ) |
|         Plaintiff, | ) Case No.: 1:20-cv-04849 |
| v. | ) |
| | ) **ORDER FOR ADMISSION** |
| BRIGHTSTAR ASIA, LTD, | ) ***PRO HAC VICE*** |
|         Defendant. | ) |

Upon the motion of Peter C. Sales, to be admitted, *pro hac vice*, to represent Defendant Brightstar Asia, Ltd., in the above-entitled action, and upon the movant's certification that the movant is a member of good standing of the bars of the states of Tennessee and Virginia, it is hereby,

**ORDERED**, that Peter C. Sales' motion is granted, and he is admitted to practice *pro hac vice*, in the above-entitled action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
JAMES L. COTT
UNITED STATES MAGISTRATE JUDGE

4817-6338-0422.2