UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 1:20-cv-4849-GBD-JLC |
| | ) |
| BRIGHTSTAR ASIA, LTD., | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF JACK A. NEGRO

I, Jack A. Negro, hereby declare and state as follows:

1. I am over the age of 18 and am competent to provide the testimony set forth herein. I have personal knowledge of the matters stated herein.

2. I am the Chief Financial Officer for Brightstar Corp., and I am a director of Brightstar Asia, Ltd. ("Brightstar Asia"). I am making this declaration in support of Brightstar Asia's motion to dismiss Plaintiff's Complaint in the above action.

3. A copy of the Share Purchase Agreement, dated April 9, 2018, entered into by and among Brightstar Asia, Harvestar Solutions Limited, Tyler Miller, and Omar Elmi, is attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing statements are true and correct, executed on this the 10th day of September, 2020.

_____
JACK A. NEGRO