# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER MILLER<br><br>Plaintiff,<br><br>-v-<br><br>BRIGHTSTAR ASIA, LTD.,<br><br>Defendant. | Case No. 1:20-cv-04849<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Brightstar Asia, Ltd. ("Brightstar Asia") (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Brightstar Asia is a private company limited by shares incorporated under the Companies Ordinance of the Hong Kong Special Administrative Region of the People's Republic of China, with a principal place of business in Hong Kong. Brightstar Asia is an indirect subsidiary of Brightstar Corp. No publicly held company owns 10% or more of Brightstar Asia's stock.

Brightstar Asia reserves the right to supplement this corporate disclosure statement.

**Date:** 09/24/2020

/s/*Kristina A. Reliford*
**Signature** of Attorney

**Attorney Bar Code:** NY 4928669

Form Rule7_1.pdf   SDNY Web 10/2007