

*Harvestar Solutions Capabilities, Challenges, and Next Steps*

Saturday, April 11, 2020

Harvestar
a Brightstar company



# The stars have aligned

*Part of the Brightstar & SoftBank families*

### In 2018, Harvestar partnered with Brightstar, a subsidiary of SoftBank.

Brightstar is the global leader in device lifecycle management. Brightstar works with carriers, retailers, and enterprise customers across 70 countries, touching every stage of a device's lifecycle, from when it's manufactured to the moment it's time to trade it in and re-market it. In short, Brightstar simplifies the wireless world, making mobile technology accessible to everyone.





www.harvestarsl.com

3

# Why look to Harvestar?

Because every day, consumers throughout the world trade in their old phones.
Well, those used devices have to go somewhere.
And that "somewhere" is Harvestar.





**HIGHLY SKILLED EXPERTS**   **COST-EFFECTIVE SERVICES**   **SOPHISTICATED LABS**



www.harvestarsl.com

4

## Collect, refurbish and resell

On behalf of our partners, we compile pre-owned devices into our facilities. From there, we inspect, test and recondition each device, bringing it up to "like new" condition by using specific components from each phone's original manufacturer.

We then sell the refurbished devices—along with comprehensive warranties—to carriers and retailers, giving their customers better access to high-quality, cost-competitive handsets.



COLLECT → REFURBISH → RESELL

www.harvestarsl.com

5

# Nearly 20 million devices repaired

High volume is no problem for us. In fact, we process up to 500,000 devices each month and refurbish up to 200,000. And we do it all with ease, as we're a proud, collaborative team of supply chain experts, all of whom specialize in wireless technology.





www.harvestarsl.com

Together, our dedicated executives, managers and supervisors possess over 100 years of experience in technology insurance and device remanufacturing.

6

# The Harvestar method

To ensure OEM compliance, we combine a highly skilled, cost-effective workforce with sophisticated controls and testing processes.

*High quality*
*High yield*
*Fast TAT*
*Competitive costs*

www.harvestarsl.com



*Fully integrated remanufacturing*

7

# The Harvestar Labs

In our state-of-the-art labs, our device-reconditioning experts perform extensive testing and proprietary board-level repairs, all while abiding by a robust set of quality and compliance standards.

Our Labs feature:





L2 & L3 board repair
LCM repair
LCM re-glass
Glass polishing
Re-anodizing
Painting systems

8

# Our facility

Our state-of-the-art facility has the capacity for:

- up to 200K handsets refurbishment per month

- 50K LCMs repairs per month

- 500k grading and processing

LCM Class 10K Clean Room

LCM Preparation Area

Handset Production Area

Secured Warehouse

Grading and processing area



www.harvestarsl.com

9

# Security matters

   

We ensure complete security. That means all devices that enter Harvestar are always accounted for. And before any device leaves our facilities, all of its old data is permanently wiped.

**METAL DETECTORS & TURNSTILES**
Located at all entrances and exits.

**ACCESS CONTROLS & ALARMS**
Located on all doors

**FULL-COVERAGE CCTV CAMERAS**
Placed in strategic locations

**HARVESTAR COMMAND CENTER**
Monitors all movement inside and outside of the facility.



    

www.harvestarsl.com

# *New Product Introduction (NPI)*

We conduct thorough analysis of new parts and create unique jigs.

- Create BOM and operations procedure (e.g. disassembly, assembly, BOM, inspections)

- Design and create jigs

- Identify tools for repair, reclaim, and production

- Prepare line process flow and conduct line training









www.harvestarsl.com

11

# *Delivering quality*

## CUSTOMER SATISFACTION

| YIELD | DELIVERY | COST | QUALITY |
|---|---|---|---|
| - Highly skilled board technicians<br>- Best-in-class OEM compliance equipment (e.g. X-ray, XRF, Temp Humidity Chamber)<br>- In-house clean room and anodizing<br>- Maximize parts harvest<br>- Less Environmental Waste | - Lower turnaround time<br>- New product introduction<br>- LEAN flow – Low WIP<br>- All repairs in-house – no sub-sourcing<br>- High parts reuse<br>- Accurate forecasting<br>- Over 2M device capacity per year | - Competitive economic repair location<br>- Component replacement (not module)<br>- Sub-module repair<br>- All repairs in-house – no sub-sourcing<br>- More accurate parts planning | - OEM parts, software, and tools<br>- Sigma QMS<br>- 5x handset quality inspection (RF, functional, visual testing)<br>- Parts quality testing<br>- Closed-loop failure analysis<br>- Field returns & factory fails |

# *A LEAN organization*

## OUR LEAN DESIGN PRINCIPLES FOR SCALABILITY AND TRACEABILITY

A LEAN organization understands customer value and focuses its key processes to continuously increase it.

The ultimate goal is to provide perfect value to our customers through a perfect value creation process that has zero waste.

- One piece flow layout (2 Lines)
- UPH at 15 per line
- Currently running 6 lines with total capacity of 25K per month.
- We can ramp up to 10K monthly capacity.





# *Accreditations*

Our wholly owned Philippines-based subsidiary is properly registered and authorized.

Hong Kong-registered business with ISO, OHSAS and R2 certifications for management, data protection and waste management.

Fully accredited by the Philippines Economic Zone Authority to perform device repair and remanufacturing services for our clients.

Government-secured Import & Export complex with no customs duties and strict regulations such as serial number tracking and waste management.



www.harvestarsl.com

14

# Certified for safety and sustainability

Harvestar proudly meets all standards and qualifications to ensure a safe workplace and eco-friendly practices.





www.harvestarsl.com

15