IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:20-cv-04849 |
| | ) |
| BRIGHTSTAR ASIA, LTD., | ) District Judge George B. Daniels |
| | ) Magistrate Judge James L. Cott |
| Defendant. | ) |

**STIPULATION FOR EXTENSION OF DEFENDANT'S
DEADLINE TO RESPOND TO THE AMENDED COMPLAINT**

Plaintiff, Tyler Miller ("Plaintiff"), and Defendant, Brightstar Asia, Ltd. ("Brightstar Asia"), by and through their respective counsel and subject to the approval of the Court, hereby stipulate and agree that the time within which Brightstar Asia may respond to the Amended Complaint (Dkt. 24) is extended through and including October 26, 2020.

1. Plaintiff filed the Amended Complaint on September 30, 2020, amending his allegations and causes of action and asserting additional claims and requests for relief against Brightstar Asia.

2. In light of these additional claims, Brightstar Asia requested, and Plaintiff agreed to, an extension of Brightstar Asia's deadline to respond to the Amended Complaint from October 14, 2020 through and including October 26, 2020.

3. This is Brightstar's Asia's first request for an extension to respond to the Amended Complaint.

4. The parties previously agreed to, and the Court granted, an extension of time for Brightstar Asia to respond to the original Complaint.

2

5.      The relief requested herein will not prejudice either party and is made in good faith and not for the purposes of delay or harassment. As this extension is being sought prior to any scheduling conference, this relief does not affect any other scheduled dates or deadlines.

Dated: October 9, 2020

| LEADER & BULSO, PLC | BRADLEY ARANT BOULT CUMMINGS LLP |
|---|---|
| /s/ *Eugene N. Bulso, Jr. (w/ perm. by KAR)* <br> Eugene N. Bulso, Jr. (admitted *pro hac vice*) <br> 414 Union Street, Suite 1749 <br> Nashville, Tennessee 37219 <br> Tel: (615) 780-4110 <br> Fax: (615) 780-4118 <br> gbulso@leaderbulso.com <br><br> Sam Della Fera, Jr. <br> MCMANIMON, SCOTLAND & BAUMANN, LLC <br> 75 Livingston Ave., Suite 201 <br> Roseland, New Jersey 07068 <br> Tel: (973) 721-5019 <br> Fax: (973) 681-7233 <br> sdellafera@msbnj.com <br><br> *Attorneys for Tyler Miller* | /s/ *Kristina A. Reliford* <br> Kristina A. Reliford <br> Peter C. Sales <br> Frankie N. Spero <br> 1600 Division Street, Suite 700 <br> Nashville, Tennessee 37203 <br> Tel: (615) 244-2582 <br> Fax: (615) 252-6380 <br> kreliford@bradley.com <br> psales@bradley.com <br> fspero@bradley.com <br><br> *Attorney for Brightstar Asia, Ltd.* |