IN THE UNITES STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>BRIGHTSTAR ASIA, LTD,<br><br>    Defendant. | Case No. 20-cv-4849-GBD-JLC |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective November 16, 2020, the address and law firm at which Eugene N. Bulso, Jr., counsel for plaintiff, is to receive notice and service of papers will change. Mr. Bulso's new contact information is:

> Eugene N. Bulso, Jr.
> Bulso PLC
> 155 Franklin Road, Suite 400
> P. O. Box 861
> Brentwood, TN 37027
> 615-497-7790
> gbulso@bulso.com

    Respectfully submitted,

    s/ Eugene N. Bulso, Jr
    Eugene N. Bulso, Jr. (BPR No. 12005)
    LEADER & BULSO, PLC
    414 Union Street, Suite 1740
    Nashville, Tennessee 37219
    Tel. (615) 780-4100
    Fax. (615) 780-4101
    gbulso@leaderbulso.com

    *Attorneys for Tyler Miller*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served via electronic mail on the following:

  Peter C. Sales
  Frankie N. Spero
  Kristina A. Reliford
  BRADLEY ARANT BOULT CUMMINGS, LLP
  1600 Division Street, Suite 700
  Nashville, TN 37203
  Tel. (615) 252-2365
  Fax (615) 252-6365
  psales@bradley.com
  fspero@bradley.com
  kreliford@bradley.com

  *Attorneys for Brightstar Asia, Ltd.*

on this 18th day of November 2020.

                                                s/Eugene N. Bulso, Jr.
                                                Eugene N. Bulso, Jr.