**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TYLER MILLER,

                Plaintiff,

    -against-                              20 **CIVIL** 4849 (GBD) (JLC)

                                                      **<u>JUDGMENT</u>**

BRIGHTSTAR ASIA, LTD.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 13, 2021, Magistrate Judge Cott's Report is adopted; Defendant's motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
           September 15, 2021

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                         Clerk of Court
                                      **BY:**
                                                         Deputy Clerk