IN THE UNITES STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TYLER MILLER,

    Plaintiff,

v.

BRIGHTSTAR ASIA, LTD,

    Defendant.

Case No. 20-cv-4849-GBD-JLC

## NOTICE OF APPEAL

The Plaintiff, Tyler Miller, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order entered in this case on September 13, 2021, the final judgment entered September 15, 2021, and all interlocutory orders incorporated therein.

Respectfully submitted,

s/ Eugene N. Bulso, Jr
Eugene N. Bulso, Jr. (BPR No. 12005)
BULSO PLC
155 Franklin Road, Ste. 40
Brentwood, Tennessee 37219
Tel. (615) 913-5200
Fax. (615) 913-5150
gbulso@bulso.com

s/ Sam Della Fera, Jr.
Sam Della Fera, Jr.,
MCMANIMON, SCOTLAND & BAUMANN, LLC
75 Livingston Avenue, Ste 201
Roseland, NJ 07068
Tel. 973-721-5019
sdellafera@msbnj.com
*Attorneys for Tyler Miller*

4813-4212-0955.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being submitted via the Court's ECF system, which is expected to deliver a copy via email to the following:

   Peter C. Sales
   Frankie N. Spero
   Kristina A. Reliford
   BRADLEY ARANT BOULT CUMMINGS, LLP
   1600 Division Street, Suite 700
   Nashville, TN 37203
   Tel. (615) 252-2365
   Fax (615) 252-6365
   psales@bradley.com
   fspero@bradley.com
   kreliford@bradley.com

   *Attorneys for Brightstar Asia, Ltd.*

on this 20th day of September 2021.

                                                  s/ Eugene N. Bulso, Jr.
                                                Eugene N. Bulso, Jr.