UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYLER MILLER,

                              Plaintiff,

        -against-

BRIGHTSTAR ASIA, LTD.,

                            Defendant.
------------------------------------------------------------X

ORDER

20 Civ. 4849 (GBD) (JLC)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle (ECF No. 71), the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to re-opening the action to allow the parties to file a written copy of their settlement by April 15, 2024.

    The Clerk of Court is directed to close the motion at ECF No. 73.

Dated: New York, New York
        December 7, 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge