IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TYLER MILLER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 1:20-cv-04849 |
| BRIGHTSTAR ASIA, LTD., | ) | District Judge George B. Daniels<br>Magistrate Judge James L. Cott |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures of the parties' counsel below, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Tyler Miller ("Plaintiff"), and Defendant, Likewize Hong Kong Limited f/k/a Brightstar Asia, Ltd. ("Defendant"), hereby stipulate that Plaintiff's claims against Defendant in the above-entitled action are hereby DISMISSED WITH PREJUDICE, with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

Kristina A. Reliford
Peter C. Sales (*Admitted Pro Hac Vice*)
Frankie N. Spero (*Admitted Pro Hac Vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: (615) 252-2365
F: (615) 252-6365
kreliford@bradley.com
psales@bradley.com
fspero@bradley.com
*Attorneys for Likewize Hong Kong Limited f/k/a Brightstar Asia, Ltd.*

/s/ *Eugene N. Bulso*
Eugene N. Bulso, Jr. (*Admitted Pro Hac Vice*)
Bulso, PLC
155 Franklin Road, Suite 400
Brentwood, Tennessee 37027
(615) 913-5200
gbulso@bulso.com

Sam Della Fera, jr.
McManimon, Scotland & Bauman, LLC
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
sdellafera@msbnj.com
*Attorneys for Plaintiff, Tyler Miller*